UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.C.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STEVEN HARNAD, *et al.,*<br><br>　　　　Defendants. | Civil Action No. 21-19819 (RK) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant Trustees of Princeton University d/b/a Princeton University ("the Trustees") and Defendant Steven Harnad's ("Harnad") (collectively, the "Defendants") Motion to Dismiss Plaintiff M.C.'s ("Plaintiff") Amended Complaint, (ECF No. 27), pursuant to Federal Rule of Civil Procedure 12(b)(6), (ECF No. 32). Plaintiff filed a brief in opposition, (ECF No. 43), and the Trustees filed a reply brief, (ECF No. 46). For the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 27th day of June, 2024, **ORDERED** that:

1. The Defendants' Motion to Dismiss (ECF No. 32) is **GRANTED** as to the Trustees and **DENIED** as to Harnad;

2. Plaintiff may file an amended complaint as to the Trustees within forty-five (45) days of the date of this Order to correct deficiencies described in the accompanying Opinion; and

3. The Clerk of Court is directed to terminate the motion pending at ECF No. 32.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**

2