Submitted by
Mary Coletta
Pro Se Litigant
Los Angeles, CA 90045

January 27, 2025

VIA  Alternate Document Submission ("ADS")

Honorable Robert Kirsch, U.S.D.J.
United States District Court,
District of New Jersey Clarkson
S. Fisher Building & U.S. Courthouse
402 East State Street Trenton, New Jersey 08608

The Honorable J. Brendan Day, U.S.M.J.
United States District Court,
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Trenton, New Jersey 08608

  RE: M.C. v. Harnad et al., Case No: 3:21-cv-19819-RK-JBD
  Plaintiff M.C.'s letter to explain the late filing date on previous letter

Dear Judge Kirsch and Magistrate Judge Day

Your Honors, as a pro se litigant, I would like to explain the late filing date on the previous letter. The deadline was the 17th of January and I filed the letter exactly at 11:58pm on January 17th through ECF, the email system that I have used according to the rules for pro se litigants. I have included an image of that email that was sent to EDFHelpdesk as proof of my on time filing.

I had no idea that the rules for pro se litigants had changed until I received notification on Monday January 20th that my filing had *not* been made.

Here is what the message said:

Monday, January 20th, 2025 at 1:28 PM

Please be advised that your filing has **NOT** been accepted.

In accordance with Standing Order 2024-04, the District of New Jersey no longer accepts pro se filings through the help desk. Pro se litigants shall file documents with the Clerk of Court as permitted by this Court's Local Civil Rules, specifically: (1) by mail; (2) by using the drop box in the respective courthouse lobbies; and/or (3) in person at the Clerk's office front counter, when the Clerk's office is open to the public. Alternatively, the Court has adopted a pro se submission system called Alternate Document Submission ("ADS") where pro se litigants can electronically submit their documents to the Clerk's office for filing. Detailed information and instructions for submitting documents for filing through ADS can be located on the [Court's website](#)

Jaweia Campbell

Out-of Court Supervisor, Trenton Vicinage

On Tuesday, January 21st, I refiled my letter and it was posted on PACER with that late date.

Please, with all due respect, accept the January 21st filing as timely and in good faith. Again, I was unaware of any changes to procedures for pro se litigants and am asking for the Court's understanding in this matter. Fortunately, I did email the certificates of service to the attorneys of record for Princeton University at midnight on the 17th.

Thank you,

*Mary Coletta*

Mary Coletta
Plaintiff M.C. (Pro Se)
Los Angeles, CA 90045

barefootadvocate@protonmail.com

via ADS

James A. Keller, Esq.
Alexander R. Bilus, Esq. (Pro Hac Vice)
Samuel E. Bordoni-Cowley, Esq.

