NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| M.C.,<br><br>Plaintiff,<br><br>v.<br><br>STEVAN HARNAD, *et al.*,<br><br>Defendants. | Civil Action No. 21-19819 (RK) (JBD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon the March 19, 2025 Report and Recommendation of the Honorable J. Brendan Day, U.S.M.J. (ECF No. 80, "R&R.") The R&R recommends that the Court deny Plaintiff M.C.'s ("Plaintiff") Motion for Leave to File a Second Amended Complaint. (ECF Nos. 62, 74.) **IT IS** on this 21st day of April, 2025, **ORDERED** that:

1. The Report and Recommendation (ECF No. 80) is **ADOPTED** in full;

2. Plaintiff's Motion to File a Second Amended Complaint (ECF No. 62, 74) is **DENIED**;

3. Plaintiff's Motion to Update and Correct the Case Caption (ECF No. 68) is **DENIED** as moot;

4. Plaintiff's Motion to Sever (ECF No. 82) is **DENIED**;

5. All claims as to Defendant Trustees of Princeton University d/b/a/ Princeton University are **DISMISSED WITH PREJUDICE**; and

6. The Clerk of the Court is directed to **TERMINATE** the pending Motions. (ECF Nos. 62, 68, 74, 80, 82.)

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**