Patrick M. Metz, Esq. # 005961992
**DARIO, ALBERT, METZ**
**CANDA, CONCANNON, & ORTIZ**
345 Union Street
Hackensack, NJ 07601
(201) 968-5800
*Attorneys for Defendant, Stevan Harnad*

| | |
|---|---|
| M.C.<br><br>Plaintiff,<br><br>v.<br><br>STEVAN HARNAD, THE TRUSTEES OF PRINCETON UNIVERSITY, JANE DOES 1-5, and ABC ENTITY 1-5,<br><br>Defendant(s). | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION**<br><br>**DOCKET NO.: 21-19819 (RK)(JBD)**<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matters in dispute between the parties hereto having been amicably adjusted between them; It is hereby stipulated and agreed, by and between Plaintiff, M.C. and Defendants Stevan Harnad **_with prejudice_**, as to Docket 21-19819 (RK)(JBD), and without costs.

**DARIO ALBERT METZ**
**CANDA CONCANNON & ORTIZ**
Attorneys for Defendant, Stevan Harnad

By: *[signature]* Mary Coletta

By: s/ *Patrick M. Metz*
Patrick M. Metz, Esq.

Dated: 12/16/2025

Dated: 12/1/2025